UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE CO., | ) | |
| | ) | |
| v. | ) | NO. 2:08-CV-240 |
| | ) | |
| CROWN LABORATORIES, INC. | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated July 29, 2011, [Doc. 107], and the Supplement to the Report and Recommendation dated August 18, 2011, [Doc. 125], (hereinafter collectively as "Report and Recommendation"). In that Report and Recommendation, the Magistrate Judge recommends that the defendant's Motion to Compel, [Doc. 52], be **GRANTED IN PART and DENIED IN PART**. Both the plaintiff and defendant have objected. After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the parties' objections are **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Docs. 107 and 125], and that the documents be produced as the United States Magistrate Judge recommended. This Court notes that one of defendant's objections was that the Report and Recommendation did not address the answers to interrogatories which were sought. That is true; nonetheless, the filings generically asked for full production in response to interrogatories. They did not specifically ask for answers to exact

1

interrogatories. As such, the parties should confer, considering this ruling. If the matter needs to be addressed further, then the defendant shall file a motion which addresses the specific interrogatories to which it seeks an answer.

E N T E R:

                                                  s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE