UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff / Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No. 2:08-CV-240 |
| | ) | GREER / SHIRLEY |
| CROWN LABORATORIES, INC. and | ) | JURY DEMAND |
| GLAXOSMITHKLINE plc | ) | |
| | ) | |
| Defendants / Counter-Plaintiffs | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby voluntarily dismiss all claims and counterclaims with prejudice.

This action is not subject to the provisions of Fed. Rule Civ. Proc. 23(e), 23.1(c), 23.2, 66 or any applicable statute of the United States. The parties will bear their own attorney's fees and costs.

Respectfully submitted,

*s/ John M. Neal*
John M. Neal, BPR #005920
The Neal Law Firm
P.O. Box 51930
Knoxville, TN 37950
(865) 684-4600
jneal11254@aol.com

*s/ Mary Ann Stackhouse*
Mary Ann Stackhouse, BPR #017210
Lewis, King, Krieg & Waldrop, P.C.
One Centre Square, Fifth Floor
620 Market Street
Post Office Box 2425
Knoxville, TN  37901
(865) 546-4646
mstackhouse@lewisking.com

Attorneys for Plaintiff / Counter-Defendant, The Cincinnati Insurance Company

*s/ Thomas J. Garland, Jr.*
G.P. Gaby, BPR #001388
Thomas J. Garland, Jr., BPR #011495
Milligan & Coleman PLLP
P.O. Box 1060
Greeneville, TN  37744-1060
(423) 639-6811
ggaby@milligancoleman.com
tgarland@milligancoleman.com

Attorneys for Defendants / Counter-Plaintiffs, Crown Laboratories, Inc. and GlaxoSmithKline plc